JOSEPH FIRMIN PERRAULT *v.* HIS CREDITORS,

No appeal will lie, under ordinary circumstances, in favor of the syndic of the creditors of an insolvent, from an order to produce his bank book.

APPEAL from the Parish Court of New Orleans, *Maurian*, J. *D. Seghers*, for the appellant.

*Redmond*, for the opponent, cited *Bargebur* v. *His Creditors*,

2 Mart. N. S. 496, 521. *Prieur &c.* v, *Their Creditors,* 2 Robinson, 541. *Compton* v. *Patterson,* 1 Mart. N. S. 597. *Las Caygas* v. *Larconda's Syndic,* 4 Mart. 605. *Riker* v, *His Creditors,* 9 La. 161.

BULLARD, J. The syndic is appellant from a judgment sustaining his own exception to the opposition of the wife of the insolvent, but at the same time reiterating an order previously given, that he, the syndic, should produce his bank book.

This can be regarded as nothing more than an appeal from the order of the Judge to produce the bank book. Of this the syndic complains with a bad grace, and the judgment is not such an one as can be appealed from, under ordinary circumstances. *Bargebur et al.* v. *Their Creditors,* 2 Mart. N. S. 496, 521. *Prieur &c.* v. *Their Creditors,* 2 Robinson, 541.

*Appeal dismissed.*